**Dismissed and Memorandum Opinion filed February 21, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-24-00127-CV

### SYNERGY GLOBAL OUTSOURCING, LLC, Appellant

### V.

### HINDUJA GLOBAL SOLUTIONS, INC., AND HGS HEALTHCARE, LLC, Appellees

**On Appeal from the Business Court Division 1B**
**Dallas County, Texas**
**Trial Court Cause No. 24-BC01B-0007**

### MEMORANDUM OPINION

Appellant Synergy Global Outsourcing, LLC attempts to appeal from a business court order remanding the case back to district court. Appellees Hinduja Global Solutions, Inc. and HGS Healthcare, LLC have filed a motion to dismiss the appeal for lack of jurisdiction. We held today in No. 15-24-0124-CV, *ETC Field Services, LLC v. Tema Oil and Gas Company*, that a business court remand order is not a final judgment and that no statute authorizes an interlocutory appeal.

For the same reasons set out in that opinion, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

/s/ Scott A. Brister
Scott A. Brister
Chief Justice

Before Chief Justice Brister and Justices Field and Farris.